Donald M. Cislo, Esq., No. 49,203
  *doncislo@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Blvd., Ste. 1700
Los Angeles, California 90025-7103
Telephone: (310) 979-9190
Telefax: (310) 394-4477

Attorneys for Plaintiff,
AMINI INNOVATION CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACME FURNITURE INDUSTRIES, INC., a California corporation, JAMES CHEN, an individual, and DOES 1-9, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-03626-PA-JPR<br><br>[Hon. Percy Anderson]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
12100 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647
FACSIMILE: (310) 394-4477

# ORDER

Based upon the concurrently filed Stipulation of Dismissal with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that:

(1) This action shall be dismissed in its entirety with prejudice;

(2) Each party shall bear its own attorneys' fees, costs, and expenses;

(3) Should the need arise, the parties shall engage in initial, reasonable, good faith efforts to resolve any alleged breaches of any of the settlement agreements, or alleged violations of the Permanent Injunction, prior to filing any action to resolve any such disputes pursuant to the terms of the settlement agreements.

**IT IS SO ORDERED**

Date: July 23, 2018

Hon. Percy Anderson
United States District Judge

Respectfully submitted,
CISLO & THOMAS LLP

By: /s/Donald M. Cislo
    Donald M. Cislo
    Daniel M. Cislo
    Mark D. Nielsen
    Attorneys for Plaintiff, AMINI INNOVATION CORPORATION

Dated: July 23, 2018
\\Srv-db\tmdocs\09-22314\Proposed Order of Dismissal with Prejudice.doc